IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:23-cr-89-HSO-RPM

HOLLIE RENE BAXTER

### ORDER GRANTING GOVERNMENT'S AMENDED MOTION [36] FOR LEAVE OF COURT TO DISMISS THE INDICTMENT AND CASE

On the Government's Amended Motion [36] of the United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the Original Indictment and case in Criminal No. 1:23-cr-89-HSO-RPM against the Defendant, HOLLIE RENE BAXTER, the Defendant having pleaded guilty and then sentenced to a misdemeanor Information in Criminal No. 1:24-cr-20-HSO-RPM, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Original Indictment and case in Criminal No. 1:23-cr-89-HSO-RPM against the Defendant, HOLLIE RENE BAXTER, is hereby dismissed without prejudice.

SO ORDERED, this the 4th day of June, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE